UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Pedro Henrique Roberto</u>
<u>Ferreira da Silva</u>

    v.                                   Case No. 25-cv-329-PB-AJ

<u>FCI Berlin, et al.</u>


### JUDGMENT

In accordance with the Oral Order by District Judge Paul Barbadoro dated October 17, 2025, judgment is hereby entered.

                                          By the Court:

                                          <u>/s/ Tracy A. Uhrin</u>
                                          Tracy A. Uhrin
                                          Clerk of Court

Date: October 17, 2025

cc:    Counsel of Record